**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7829**

---

PEDRO GARCIA QUINTERO,

Plaintiff - Appellant,

and

JOSE ARELLANO; VICTOR HERNANDEZ; ANTONIO
HERNANDEZ; LORENZO ROJAS; JUAN HERRERA; ARTURO
NAVARRETE; FLORENTINO BOJORQUEZ,

Plaintiffs,

versus

STATE OF NORTH CAROLINA; U.S. IMMIGRATION &
NATURALIZATION SERVICE,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-98-703-5-H)

---

Submitted: April 15, 1999          Decided: April 21, 1999

---

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Pedro Garcia Quintero, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Pedro Garcia Quintero appeals the district court's order dismissing several of the 42 U.S.C.A. § 1983 (West Supp. 1998) claims as frivolous, but allowing several other claims to proceed. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order. We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2